IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BARNHARDT,
     Plaintiff,

v.s.

ANTHONY WILLIAMS, MAYOR;
CURT SLAON;
ALLEE RAMADAH; JR.
CHARLES RAMSEY;
TINA RAMADHAN;
AND UNKNOWN DEFENDANTS;
     Defendants.
_____/

Civil Action No.# F 07-0521
Biven's Civil Rights Action for
Constitutional Violations.

JURY TRIAL DEMAND.

**RECEIVED**

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO AMEND THE COMPLAINT PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE

**COMES NOW,** Plaintiff John Barnhardt, appearing in pro-se, before this Court and moving same to amend the complaint with leave from the court for the following reasons listed below:

### REASONS:

1. The Plaintiff would like to ADD TWO DEFENDANTS to the complaint who are: [Tina Ramadhan, and unknown defendants as officers involved in the case] with the Metropolitan Police Department in Washington, D.C.. They were at all times involved with the incident in this case which have caused the deprivation of Plaintiff's Constitutional Rights, and the violation of the same, as well as, Rules and laws of the United States. These defendants are also sued in their individual and official capacities for their involvement and actions. Their involvement is alleged in the original complaint from paragraph 2 to paragraph 20. and through 51.

2. Plaintiff would like to **REMOVE THE DEFENDANT: [THE DISTRICT OF COLUMBIA]** since within a Biven's Action, a entity of the Government is understood cannot be sued, but only persons in their individual capacities and or official capacities their actions and involvement in the case.

3. The unknown defendant alleged above, his involvement dealt with planting of drugs in a [later]: case with Plaintiff that was dismissed in the case No.#2005 FEL 2582, in D.C. Superior Court, and within this case, drugs were also planted which was not allowed into evidence, and he [is] a Metropolitan Department Police Officer, who's identity and name is not fully known as yet to Plaintiff but would be revealed later. In this earlier case, he took part in the unlawful arrest and detention of Plaintiff, as well as trespass upon Plaintiffs property with unlawful search and seizure of same.

4. The sum of $600.000.00 in the complaint [is] incorrect and should be REMOVED, and REPLACED, with the sum in suit in the amount of SIX MILLION DOLLARS.    This should be understood and corrected on the complaint with this case.

5. The Complaint should reflect a JURY TRAIL DEMAND, therefore, the General Civil Pro-se Cover Sheet of this case, which was sent to Plaintiff to reflect that a JURY TRAIL DEMAND is REQUESTED by Plaintiff, respectfully.

6. This cause of action should not be listed as a Title 42U.S.C. § 1983 Complaint as required by state actions, but instead as a BIVEN's Action which is, FEDERAL JURISDICT-ION in this case and that should also be corrected in the cover sheet.

7. The relief in this case should reflect the following:

"WHEREFORE, Plaintiff request this honorable Court to grant the following relief:
(A): Issue a declartory judgment that the defendants violated Plaintiff's Constitution Rights pursuant to many of them between the Fourth and Eight, and Fifth Amendments, and Fourteenth Amendment when they:
1. Entered on his premise without a vaild warrant;
2. Arrested Plaintiff without probable cause;
3. Seized Plaintiff's U.S. Currency in amount of $3,894.00 dollars which is from ligitimate business;
4. Detained Plaintiff unlawfully;
5. Searched Plaintiff's residence illegally.
   (B): Issue a injunction ordering that the defendants return:
6. Plaintiff's U.S. Currency in the amount of $3,894.00 dollars.
7. And property-Wallet, Important documents, that was seized from Plaintiff be return.
8. And that an investigation be made into the facts alleged into the complaint with the results turn over to the Plaintiff.
9. And REFAIN from any harrassment to Plaintiff and family.
   (C): Grant Plaintiff Compensatory monetary damages in the amount against each defendant as follows:
10. ANTHONY WILLIAMS ...$600.000.00
11. CHARLES RAMSEY    ...$600.000.00
12. CURT SLOAN        ...$600.000.00
13. ALLEE RAMADHAN,   ...$600.000.00
14. TINA RAMADHAN,    ...$600.000.00
15. AND UNKNOWN DEFENDANTS ...$600.000.00

**(D):**   Grant Punitive Damages in the Amount of $100.000.00, against each Defendant.

**(E):**   Grant such other relief as the Court deems necessary for plaintiff:


## CONCLUSION:

**WHEREFORE,** Plaintiff prays that this honorable Court grants him leave to amend the complaint in this case, and have the motion with the facts on it, amended to the complaint filed in this case respectfully, with the additions of TINA RAMADHAN, and unknown officer as defendants. And the removal of defendant entity government: [THE DISTRICT OF COLUMBIA]. And that this complaint be listed as a BIVEN's action, and JURY TRAIL DEMAND. And that the suit amount relect SIX MILLION DOLLARS, on complaint.


Respectfully Submitted this 11th, day of April, 2007.

John Barnhardt-Reg.No.02302-000
F.C.I. Morgantown, P.O. BOX 1000
Morgantown, WV.  26507-1000


## CERTIFICATE OF SERVICE:

I, Plaintiff in this case above, do herby Certify under the penalty of perjury that I have mailed a exact copy of this motion to Amend the complaint to the clerk of the court on April 11th, 2007 by depositing PRE-POSTAGE AND PAID same into the U.S. Postal service mail box here at F.C.I. Morgantown respectfully.

John Barnhardt, / Signture

Clerk Of Court:
United Stated District Court
333 Constitution Avenue, N.W.
Washington, D.C.  20001