AO 440 (Rev. DC - September 2003) Summons in a Civil Action

```
            U.S. DISTRICT COURT
            DISTRICT OF COLUMBIA
```

# UNITED STATES DISTRICT COURT

2007 AUG 10 PM 3:12        District of Columbia

NANCY M.
JOHN BARNHARDT  MAYER-WHITTINGTON
4709 BASS PLACE, S.E.        CLERK
WASHINGTON, D.C. 20019,
                    Plaintiff           **SUMMONS IN A CIVIL CASE**

           V.

THE DISTRICT OF COLUMBIA
1350 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004
                                 CASE NUMBER: 07-0624 (JDB)

           TO: (Name and address of Defendant)

    The District of Columbia
    c/o Attorney General for the District of Columbia
    1350 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004

   **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    John Barnhardt, Plaintiff Pro Se
    4709 Bass Place, S.E.
    Washington, D.C. 20019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                  AUG - 9 2007

CLERK _Laura Chipley_                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | AUGUST 9, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| ADRIAN K BEAN | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 441 FOURTH ST NW
OFFICE OF ATTORNEY GENERAL, DIST OF COLUMBIA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-9-07
           Date

Signature of Server

230 NEWCOMB ST NW
WASHINGTON DC 20032

Address of Server

Gale Rivers
Staff Assistant
8/9/07 1:34

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of    Columbia

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 AUG 10 PM 3:12
NANCY M. MAYER-WHITTINGTON
CLERK

JOHN BARNHARDT,
    Plaintiff,

V.

ANTHONY WILLIAM, MAYOR;
CURT SLOAN, MPD. SGT.:
ALLEE RAMADHAN, MPD. DET.:
CHARLES RAMSEY, MPD. CHIEF:
TINA RAMADHAN, MPD. CSSO.,
AND UNKNOWN DEFENDANTS;
    Defendants. et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-624 JDB

TO: (Name and address of Defendant)

ANTHONY WILLIAM, MAYOR: *officially*
John Wilson Bld.
1350 Pennsylvania Ave., NW 6th Floor,
Washington, DC 20004.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Barnhardt # 02392-000
PO 1000
Morgantown, WV 26507-1000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 21 2007

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | AUGUST 9, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ADRIAN K BEAN | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1350 PENNSYLVANIA AVE N.W. SUITE 419

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-9-07
Date

Signature of Server: [signed] Adrian K Bean

Address of Server: 230 NEWCOMB ST. S.E. WASHINGTON D.C. 20032

Accepted for Mayor of Washington, DC Adrian Fenty

Arlethia Thompson
8·9·07  2:21 pm
419

JUL - 3 2007

2007 AUG -9  P 2:21
SECRETARY OF D.C.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

RECEIVED
U.S. DISTRICT
DISTRICT OF COLUMBIA

2007 AUG 10 PM 3: 12

JOHN BARNHARDT
    Plaintiff. NANCY M.
        MAYER-WHITTINGTON
          CLERK
V.

SUMMONS IN A CIVIL CASE

ANTHONY WILLIAM, MAYOR;
CURT SLOAN, MPD.SGT.
ALLEE RAMADHAN, JR. MPD.DET.
CHARLES RAMSEY, MPD.CHIEF.
TINA RAMADHAN, MPD.CSSO
AND UNKNOWN DEFENDANTS;
    Defendant et al.,

CASE NUMBER: 07624 JDB

TO: (Name and address of Defendant)

CATHY LANIER

~~Charles Ramsey~~, Police Chief officially
300 Indaina Ave., N.W Suite 5080
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    John Barnhardt # 02392-000
    PO 1000
    Morgantown, WV 26507-1000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 JUN 21 2007

CLERK     /s/                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | AUGUST 9, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ADRIAN K. BEAN | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 300 INDIANA AVE N.W. SUITE, OFFICE OF GEN COUNSEL RM 4125

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-9-07
Date

Signature of Server: Adrian K Bean

Address of Server: 230 NEWCOMB ST. S.E. WASHINGTON D.C. 20032

OFFICE OF THE GENERAL COUNSEL
AUG 0 9 2007
RECEIVED

ACCEPTED FOR
CHIEF CATHY LANIER
LINDA TOLSON
GENERAL COUNSEL ROOM 4125  8/9/07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 AUG 10 PM 3:12

District of **Columbia**

JOHN BARNHARDT
    Plaintiff

NANCY M.
MAYER-WHITTINGTON
CLERK

V.

**SUMMONS IN A CIVIL CASE**

ANTHONY WILLIAM, MAYOR;
CURT SLOAN, MPD. SGT.
ALLEE RAMADHAN, JR. MPD.DET.
CHARLES RAMSEY, MPD.CHIFE
TINA RAMADHAN, MPD.CSSO
AND UNKNOWN DEFENDANT;
    Defendants. et al.,

CASE NUMBER: 07 624 JDB

TO: (Name and address of Defendant)
    CURT SLOAN, MPD. SGT.. *individually*
    300 Indaina Ave. , N.W. Suite 5080
    Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    John Barnhardt # 02392-000
    PO 1000
    Morgantown, WV 26507-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

JUN 21 2007

CLERK      *Laura M Chipa*
         DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | AUGUST 9, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ADRIAN K BEAN | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 333 CONSTITUTION AVE NW CTRM 26A, UNITED STATES DISTRICT COURT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-9-07
           Date

Signature of Server: [signature] AK Bean

230 NEWCOMB ST SE
WASHINGTON D.C. 20032

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.