AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Columbia

JOHN BARNHARDT
    Plaintiff.

V.

ANTHONY WILLIAM, MAYOR;
CURT SLOAN, MPD. SGT.
ALLEE RAMADHAN, MPD. DET..
CHARLES RAMSEY, MPD. CHIEF.
TINA RAMADHAN, MPD. CSSO.
AND UNKNOWN DEFENDANTS;
    Dfendants. et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-624 JDB

TO: (Name and address of Defendant)
    ALLEE RAMADHAN, MPD. DET.  *officially*
    300 Indaina Ave., N.W. Suite 5080
    Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   John Barnhardt # 02392-000
   PO 1000
   Morgantown, WV 26507-1000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN 21 2007

CLERK                                              DATE

*(signature)*

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | AUG 13, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ADRIAN K BEAN | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SUPERIOR COURT
500 INDIANA AVE NW WASHINGTON D.C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-13-07
               Date

Signature of Server

230 NEWCOMB ST S.E.
WASHINGTON D.C. 20032

Address of Server

**RECEIVED**

AUG 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.