AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

John Barnhardt

vs.

District of Columbia

APPEARANCE

CASE NUMBER: 07 cv 624 (JDB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   plaintiff   Barnhardt

| | |
|---|---|
| 8/24/07 | *signature* |
| **Date** | **Signature** |
| 447182 | Paul D. Hunt |
| **BAR IDENTIFICATION NO.** | **Print Name** |
| | 4614 Wissahican Ave. |
| | **Address** |
| | Rockville    MD    20853 |
| | **City**    **State**    **Zip Code** |
| | 301-565-0540 |
| | **Phone Number** |