### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN BARNHARDT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-624 (JDB)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### CONSENT MOTION TO EXTEND TIME

Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan hereby move, by and through the undersigned counsel, for an extension of time, to Friday, September 28, 2007, to respond to the complaint herein.[1]  Paul Hunt, counsel for plaintiff, consents to the filing of this motion and the relief requested herein.

In making this motion, Defendants reserve all defenses, including but not limited to service of process.  A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein.  A proposed Order is also enclosed.

WHEREFORE Defendants request that the response time to the complaint herein be extended to September 28, 2007.

Date:  August 29, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] Upon review of the court's docket, undersigned counsel discovered that the plaintiff has obtained representation and filed an amended complaint on August 27, 2007.

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 29th day of August, 2007, that a copy of the foregoing

Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S.

mail, on:

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

2

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **JOHN BARNHARDT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **Civil Action No. 07-624 (JDB)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1.      The Rules and inherent powers of this Court.

2.      This matter is complex and involved.  The additional time requested will permit the government to investigate this matter and prepare a complete and meaningful response to the complaint.

3.      Defendant District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan are still compiling information pertinent to this civil action.  In particular, counsel awaits receipt of relevant documents from the Department of Corrections in this matter.  That material will need to be fully reviewed in order to provide a complete and meaningful response to the complaint.

4.      At the same time, the undersigned counsel has been out of the office due to personal family reasons beyond her control.

5.      Paul Hunt, counsel for plaintiff, consents to the filing of this motion and the relief requested herein.

3

WHEREFORE, for the reasons stated above, Defendants request that the Court extend the response time to the complaint to September 28, 2007.

Date:  August 29, 2007                          Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                /s/Kimberly Matthews Johnson
                                                KIMBERLY MATTHEWS JOHNSON, #435163
                                                Chief, General Litigation Sec. I

                                                /s/Michelle Davy
                                                MICHELLE DAVY, #454524
                                                Assistant Attorney General
                                                Sixth Floor South
                                                441 4th Street, N.W.
                                                Washington, D.C. 20001
                                                (202) 724-6608; (202) 727-3625 (fax)
                                                E-Mail: michelle.davy@dc.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 29th day of August, 2007, that a copy of the foregoing Memorandum of Points and Authorities in Support of Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853

                                                /s/Michelle Davy_____
                                                Michelle Davy
                                                Assistant Attorney General

4

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____

|                                        |     |                                    |
|----------------------------------------|-----|------------------------------------|
| **JOHN BARNHARDT,**                    | )   |                                    |
|                                        | )   |                                    |
| **Plaintiff,**                         | )   |                                    |
|                                        | )   |                                    |
| **v.**                                 | )   | **Civil Action No. 07-624 (JDB)**  |
|                                        | )   |                                    |
| **DISTRICT OF COLUMBIA,** *et al.*     | )   |                                    |
|                                        | )   |                                    |
| **Defendants.**                        | )   |                                    |

_____)

## <u>ORDER</u>

UPON CONSIDERATION of Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan's Consent Motion to Extend Time, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendants' motion be and hereby is GRANTED, and it is further

ORDERED, that Defendants may respond to the complaint herein by or before September 28, 2007.

_____
                                        JUDGE

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C.  20001

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853