UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN BARNHARDT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-624 (JDB) |

**CONSENT MOTION TO EXTEND TIME**

Defendant District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan, by and through undersigned counsel, move this Court to extend the time for the filing of a response in the above-captioned litigation. Paul Hunt, Esq., counsel for the Plaintiff consents to the filing of this motion and the relief requested.

In making this motion, Defendants reserve all defenses. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. A proposed Order is also enclosed.

WHEREFORE, Defendants request that this Court extend the time for filing of a response to October 12, 2007.

Date: September 28, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163

        Chief, General Litigation Sec. I

        /s/Michelle Davy
        MICHELLE DAVY, #454524
        Assistant Attorney General
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6608; (202) 727-3625 (fax)
        E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY this 28th day of September, 2007, that a copy of the foregoing

Consent Motion to Extend Time was served by ECF or first class postage prepaid U.S. mail, on:

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853


        /s/Michelle Davy
        Michelle Davy
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN BARNHARDT,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA,** *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-624 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1. Fed. R. Civ. P. 6 (b) and the inherent powers of this Court.

2. Paul Hunt, Esq., counsel for the Plaintiff, consents to the filing of this motion and the relief requested.

3. The parties are still compiling information pertinent to this civil action. Counsel has obtained the Office of Risk Management preliminary investigatory file. Counsel is in contact with the Department Corrections and documents are being sought for purposes of this litigation. Settlement discussions have been initiated, and the parties are in the process of scheduling, among other things, Plaintiff's deposition.

4. At the same time, undersigned counsel's section is one litigator short and counsel has taken on cases from a colleague who recently left the office. This has created scheduling conflicts that counsel did not anticipate when she was first assigned to this matter.

5. Counsel was also recently intensively preparing for trial in the District of Columbia Superior Court, which necessitated taking time away from other tasks.

WHEREFORE, Defendants request that this Court extend the time for filing of a

response to October 12, 2007.

Date:  September 28, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 28th day of September, 2007, that a copy of the foregoing

Consent Motion to Extend Time was served by ECF or first class postage prepaid U.S. mail, on:

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARNHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-624 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Defendant District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan's Consent Motion to Extend Time, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Motion be and hereby is GRANTED, and it is further

ORDERED, that Defendants may respond to the complaint herein by or before October 12, 2007.

SO ORDERED.

JUDGE JOHN D. BATES

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C.  20001

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853