UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
**JOHN BARNHARDT,**                  )
                                                        )
       **Plaintiff,**                           )
                                                        )
       **v.**                                       )      Civil Action No. 07-624 (JDB)
                                                        )
**DISTRICT OF COLUMBIA,** *et al.*    )
                                                        )
       **Defendants.**                       )
_____)

## CONSENT MOTION TO EXTEND TIME

    Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan hereby move, by and through the undersigned counsel, for an extension of time, to Monday, October 29, 2007, to respond to the complaint herein. Paul Hunt, counsel for plaintiff, consents to the filing of this motion and the relief requested herein.

    In making this Motion, Defendants reserve all defenses. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. A proposed Order is also enclosed and will be emailed to chambers.

    WHEREFORE, the District requests that time be extended to Monday, October 29, 2007, to respond to the complaint herein.

Date:  October 15, 2007            Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 15th day of October, 2007, that a copy of the foregoing Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**JOHN BARNHARDT,**                         )
                                            )
      **Plaintiff,**             )
                                            )
      **v.**                     )    Civil Action No. 07-624 (JDB)
                                            )
**DISTRICT OF COLUMBIA,** *et al.*          )
                                            )
      **Defendants.**            )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF CONSENT MOTION TO EXTEND TIME

1. Fed. R. Civ. Pro. 6 (b) and the inherent powers of this Court.

2. Paul Hunt, counsel for plaintiff, consents to the filing of this motion and the relief requested herein. Counsel met on Tuesday, October 9, 2007 to discuss the core claims in this case, plans for the conduct of discovery and prospects for settlement in the near term.

3. Nonetheless, this matter is involved. The additional time requested will permit the parties to complete investigating this case and litigate in a manner that serves their respective clients and aids the court.

4. There have been a number of delays outside the parties' control that have affected case timeframes. In particular, since her assignment to the instant case, the undersigned counsel has taken on additional cases from a colleague who left the office. In one of those inherited cases, counsel recently had to prepare for trial in the Superior Court, which necessitated taking time away from other tasks. Thus, counsel's current caseload has created scheduling conflicts that she did not anticipate when she was first assigned to this matter. As stated, however, the parties are working cooperatively to move the case forward.

WHEREFORE, the District requests that time be extended to Friday, October 26, 2007, to respond to the complaint herein.

Date:  October 15, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 15th day of October, 2007, that a copy of the foregoing Memorandum of Points and Authorities in Support of Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853

/s/Michelle Davy_____
Michelle Davy
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**JOHN BARNHARDT,**                  )
                                    )
    **Plaintiff,**              )
                                    )
    v.                         )    Civil Action No. 07-624 (JDB)
                                    )
**DISTRICT OF COLUMBIA,** *et al.*   )
                                    )
    **Defendants.**             )
_____)

## ORDER

UPON CONSIDERATION of Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan's Consent Motion to Extend Time, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendants' motion be and hereby is GRANTED, and it is further

ORDERED, that Defendants may respond to the complaint herein by or before October 29, 2007.

SO ORDERED.

                                        JUDGE JOHN D. BATES

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C.  20001

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853