UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARNHARDT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-624 (JDB) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

## MOTION TO EXTEND TIME

Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allee Ramadhan hereby move, by and through the undersigned counsel, for an extension of time for submitting their response to the complaint herein.  Counsel has been unable to obtain the consent of counsel for the plaintiff, Paul Hunt, to the filing of this motion and the relief requested herein.

In making this motion, defendants reserve all defenses. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. A proposed Order is also enclosed.

WHEREFORE Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allee Ramadhan request that time be extended for the filing of their response to the complaint herein to October 30, 2007.

Date:  October 30, 2007               Respectfully submitted,

                                       LINDA SINGER
                                       Attorney General for the District of Columbia

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General

        Civil Litigation Division

        /s/Kimberly Matthews Johnson
        KIMBERLY MATTHEWS JOHNSON, #435163
        Chief, General Litigation Sec. I

        /s/Michelle Davy
        MICHELLE DAVY, #454524
        Assistant Attorney General
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6608; (202) 727-3625 (fax)
        E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 30th day of October, 2007, that a copy of the foregoing Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853

        /s/Michelle Davy
        Michelle Davy
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARNHARDT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-624 (JDB) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1. Fed. Civ. P. R. 6 (b) and the inherent powers of this Court.

2. The claims made in this case and prepared by a formerly pro se litigant are involved. Counsel has made substantial progress on preparing an appropriate response and readying it for filing.

3. However, counsel requires one additional day of time in which to complete her research and articulation of the issues raised by this complaint, in a comprehensive manner that will best aid the court in its deliberations and decision.

4. In the midst of this process, counsel has had to handle several cases that she inherited from a colleague who left the office. During the writing period for the response herein, among other things, counsel had to prepare for two court appearances in this court, conduct discovery in several matters lodged in this court and in the Superior Court, and prepare and file two dispositive motions in this court on deadline, one of which involved the various constitutional and other claims of twelve plaintiffs.

5. All of this activity has necessitated taking time away from tasks such as this

response, which also required supervisory review prior to completion and filing. In sum, the additional time requested will permit counsel to complete the response in a thorough and comprehensive manner serving the court.

WHEREFORE Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allee Ramadhan request that the time be extended for the filing of their response herein to October 30, 2007. A proposed Order is enclosed.

Date: October 30, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 30th day of October, 2007, that a copy of the foregoing Memorandum of Points and Authorities in Support of Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

Paul D. Hunt

4614 Wissahican Avenue
Rockville, MD  20853

        /s/Michelle Davy_____
        Michelle Davy
        Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN BARNHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-624 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allee Ramadhan's Motion to Extend Time, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allee Ramadhan's motion be and hereby is GRANTED, and it is further

ORDERED, that Defendant may file its dispositive motion by or before October 30, 2007.

SO ORDERED.

_____
JUDGE JOHN D. BATES

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C. 20001

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853