UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Barnhardt | * | |
| | * | Civil Action No. 07-624(JDB) |
| | * | |
| Vs. | * | |
| | * | |
| | * | |
| District of Columbia | * | |
| | * | |
| | * | |

Consent Motion of Plaintiff Barnhardt for Enlargement
Of Time to File Opposition to Defendant's Motion to Dismiss
and Incorporated Memorandum of Points and Authorities

Mr. Barnhardt, by and through counsel, would request a two week extension to oppose the government motion to dismiss in the above captioned case. In support thereof, the defense states the following:

The defense motion raises a number of issues that will require a detailed response. Counsel for the plaintiff has had a number of trial calls in Superior Court of the District of Columbia as well as numerous filings in that court as well as this one. The defense has consented to two prior extensions for the government to respond to the complaint and the District of Columbia, through counsel, has consented to this request for an extension. For these reasons, the plaintiff would respectfully request a two week extension to reply to the instant motion filed by the defendant in this case.

Respectfully Submitted,

Paul D. Hunt
Attorney for Mr. Barnhardt
4614 Wissahican Ave.
Rockville, MD   20853
Phone: 202-463-1965
Fed. Bar #447182

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was sent electronically on 11/8/07 to:

Michelle Davy
6th Floor South
441 4th Street, NW
Washington, DC   20001

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Barnhardt | * | |
| | * | Civil Action No. 07-624(JDB) |
| | * | |
| Vs. | * | |
| | * | |
| | * | |
| District of Columbia | * | |
| | * | |
| | * | |

ORDER

For the reasons contained in the plaintiff's motion for an enlargement of time to file an opposition to the government motion to dismiss, or in the alternative, for Summary Judgment and the consent by the defendant thereto, it is hereby;

ORDERED

1) That the motion is granted and the plaintiff has until 11/23/07 to file the opposition to the government motion to dismiss, or in the alternative, for Summary Judgment.

_____
United States District Judge

Copies to:

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD   20853

Michelle Davy
6th Floor South
441 4th Street, NW
Washington, DC   20001