UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John Barnhardt                          *
                                        *    Civil Action No. 07-624(JDB)
                                        *
Vs.                                     *
                                        *
                                        *
District of Columbia                    *
                                        *

Motion of Plaintiff Barnhardt for Enlargement
of Time to File Opposition to Defendant's Motion to Dismiss
and Incorporated Memorandum of Points and Authorities

Mr. Barnhardt, through counsel would request one last two week extension to oppose the government motion to dismiss in the above captioned case. In support thereof, the plaintiff states the following:

As indicated in the first request for an extension, the government brief raises issues that will require a detailed response. This counsel has had cases which required additional court time beyond that contemplated prior to the Thanksgiving holiday. As an example, <u>United States vs. Delonta Reeves</u>, before this honorable court, extended well into a second day of a sentencing hearing. In addition, two subpoenas that have been served upon government entities have not been responded to which relate to issues surrounding whether the plaintiff put the District of Columbia properly on notice to the claim. The plaintiff consented to two continuances and the court granted a third brief continuance to the defendant prior to the filing of the motion to which the plaintiff must respond. Plaintiff's counsel was unable to reach counsel for the defendant prior to filing this motion. For these reasons, the plaintiff would request one final two week extension of time to oppose the instant motion filed by the defendant in this case.

Respectfully Submitted,

Paul D. Hunt
Attorney for Mr. Barnhardt
4614 Wissahican Ave.
Rockville, MD  20853
Fed. Bar #447182
Phone: 301-452-2316

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was sent electronically on 11/20/07 to:

Michelle Davy
6th Floor South
441 4th Street, NW
Washington, DC  20001



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Barnhardt | * | |
| | * | Civil Action No. 07-624(JDB) |
| | * | |
| Vs. | * | |
| | * | |
| | * | |
| District of Columbia | * | |
| | * | |

ORDER

For the reasons contained in the plaintiff's motion for enlargement of time to file an opposition to the government motion to dismiss, or in the alternative, for Summary Judgment and any opposition thereto, it is hereby;

ORDERED

1) That the motion is granted and the plaintiff has until 12/7/07 to file an opposition to the government's motion to dismiss, or in the alternative, for Summary Judgment.

_____
United States District Judge

Copies to:

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD   20853

Michelle Davy
441 4th Street, NW
6th Floor South
Washington, DC   20001