UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John Barnhardt                          *
                                        *          07cv624(JDB)
                                        *
Vs.                                     *
                                        *
                                        *
District of Columbia, et al             *
                                        *

Supplemental Attachment to Plaintiff's Opposition
to Defendant's Motion to Dismiss, or in the Alternative, for
Summary Judgment

As indicated in the plaintiff's opposition filed on 12/6/07, Mr. Barnhardt would ask the

court to include in the record a copy of a Citizen Complaint Form that he had an investigator

deliver to the District of Columbia. Mr. Barnhardt had some trouble emailing this to counsel on

the night of 12/11/07 and it arrived late at night. Counsel filed this the next day and would

request the court include the attachment as part of the timely filed opposition.

Respectfully Submitted,

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD   20853
Phone: 202-463-1965
Fed. Bar #447182

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was sent electronically on 12/12/07
to:

Ms. Davy
Attorney for the Defendants

OCCR-1

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF CITIZEN COMPLAINT REVIEW**
730 11th street, N.W., Suite 500
Washington, D.C. 20001
(202) 727-3838

**CITIZEN COMPLAINT FORM**

| | |
|---|---|
| **1. OCCR Control Number** | 04CON0234 |
| *To Be Completed by OCCR Staff* | |
| **2. Day, Date & Time Complaint Received** | 8-11-04 Del Pino |
| *To Be Completed by OCCR Staff* | |
| **3. MPD Control System Number** | |
| *To Be Completed by OCCR Staff* | |

**4. How Complaint Was Received:**    *To Be Completed by OCCR Staff*

In Person ☑  Fax ☐  E-mail ☐  U.S. Mail ☐  MPD ☐  Other ☐  Specify:

| 5. Complainant's Name - Last, First, Middle | 6. Date of Birth | 7. Age | 8. Sex | 9. Race, National Origin or Ethnicity |
|---|---|---|---|---|
| Barnhardt, John | 12-11-65 | 3 | M | Black |

| 10. Home Address | 11. D.C. Ward 7 (if resident) | 12. Home Telephone Number |
|---|---|---|
| 4709 Bass Pl. SE. Washington DC. 20019 | | 2/581-7591 |

| 13. Work Address | 14. Occupation | 15. Work Telephone Number |
|---|---|---|
| Jo Bar & Associa, P.O. Box 1960 Washington DC. | Paint contractor | |

| 16. Other Means of Contacting Complainant (cell phone or pager number, e-mail address, friend, etc.) | 17. General Nature of Incident |
|---|---|
| NE 1901 D. Street SE. Washington, DC. | Assult, Trespassing on property enter without warrant. plaint evidens on premses. |

| 18. Location of Incident | 19. D.C. Ward (where incident occurred) |
|---|---|
| 4709 Bass Pl. SE. Washington, DC 20 | 7-WARD |

| 20a. Day of Week Incident Occurred | 20b. Date of Incident | 20c. Time of Incident | 21. Witnesses |
|---|---|---|---|
| Friday | 2-13-07 | 8 pm | Rosita Barnhardt, Tracy Driver, this. Jerom Moore samuel H. Barnhardt SR There is sevrel witness Toma |

| 22. Officers Involved (name, badge number, police district, if known) | 23. MPD Vehicle Number/ Description |
|---|---|
| Sgt. Curt Sloan, Det. Allen Ramathan Badg No. 5577   D2-29 Badge NO. | DEA 5th District |
| | U/N |

| 24. Physical Description(s) of Officer(s) (hair and eye color, height, sex, race/ethnicity, etc.) |
|---|
| Sgt. Curt Sloan, stall white male about 6'2 dark low cut brown hair. clean faced. Det. Allen Ramadhan, Black male 5'8" wht. 200 pounds Blackface thin |

| 25a. Describe Injuries (if any) | 25b. Where Treated (name of hospital, doctor, etc.) |
|---|---|
| The complainant was kicked in back and ruffed up by officers. This is the injury to sustaind. | D.C. Nail Hospital At 1901 D. Street SE. Washington, DC. |

| 26. Preferred Language of Communication (if other than English) |
|---|
| N/A |

| 27. Name(s), Telephone Number(s) or Contact Information (of other people present during the incident, including other police officers) |
|---|
| Rosita Barnhardt 2/581-7591 3519 Jay St. NE. Washington DC Tracy Driver, 4710 Bass Pl. SE. Washington DC. 20019 Samuel H. Barnhardt SR: Evelyn Barnhardt 2/581-7591 4709 Bass Pl. SE Samuel H. Barnhardt, JR. 2/581-7591 4709 Bass Pl SE washington DC. |

RYADL 7/01

(Please continue on the reverse side) Doronnell White, Jerome moore give contact information at later date.

OCCR-1 (Reverse Side)

| Complainant's Name — Last, First, Middle | OCCR Control Number |
|---|---|
| Barnhardt, John | To Be Completed by OCCR Staff |

**28. Describe the Incident:**

On February 13, 2004, two police officers by the names of Curt Sloan, and Allee Ramadhan, from the metropolitan Police Dept. arrived at my home at 4709 Bass Pl. SE. Washington, DC. Upon their arrival, I had just come from the rear of my home, and was standing on my front porch. My sister, Rosita Barnhardt (who had just driven into my driveway) and a friend, Tracy Dines, were both located near the sidewalk/driveway area of the home after the officers arrived. Both officers were dressed in "plain clothes." The officers began speaking to me, and asked me for identification. I approached the officers, showed them some identification, and engaged in some further conversation. The officers mention something about coming to my home in order to deliver a subpoena to me, and cousin Lawrence Hicks; in connection with a case involving my brother. At some point, the African-American officers, who I later learned was officers Ramadhan, began walking my driveway, toward the area where two vehicles, a van and pick-up truck, were park. Meanwhile, the white officer, who I later learned was Sgt. Sloan, had placed me "spread eagle" against sister Rosita, S.U.V. I saw Officers Ramadhan searching the two vehicle parked in my driveway: first, the van and then the pick-up. I observed Det. Ramadhan reach into the chest area of his clothing and "pull out a Black object". I later observed this item to be a black bag.

continue on to next page

Attach Additional Pages if Necessary    Page Number 1 of 2 Pages of Narrative

**29. Complainant's Certification**

"I hereby certify that to the best of my knowledge, and under penalty of perjury, the statements made herein are true."

_____    5-11-04
Complainant's Signature    Date

| 30. Complaint Received by: | 31. Complaint Reviewed by: | 32. Action Taken |
|---|---|---|
| To Be Completed by OCCR Staff | To Be Completed by OCCR Staff | To Be Completed by OCCR Staff |

Continuation from page   1 of 2 pages
one of complainant

officers attempted to force my head onto the black bag as we struggled in my front yard.

During the struggle, the officers used verbally abusive language against both my sister, Rosita, and her friend, Tracy, who were both yelling hysterically as the officers were assaulting me. I recall Sgt. Sloan, in particular, threaten to lock "you motherfuckers up, too" (referring to Rosita and Tracy). as well as the use of other, verbally abusive language toward us.

I also recall my parents arriving at home, and being ordered by Sgt Sloan, and Set. Sanadham not to enter the property. I recall at least two other witnesses working inside my home at the time of this incident. These persons saw parts of the activities from the windows of my home.

I was later arrested, and charged with serious Federal drug charges, which were later dismissed. I understood that I could have faced life imprisonment, if convicted and still can if Gov. decide to pursue with their case. I endured a tremendous amount of emotional distress during the time that this case, which began with a "set-up" and phony arrest, was pending.

The subpoena, which was the reason the two police officers allegedly arrived at my home, was never served on me that day neither did they have a warrent to enter on my premises.

Respectfully Submitted
By: John Reinhardt