UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**JOHN BARNHARDT,**                )
                                                    )
      Plaintiff,                            )
                                                    )
      v.                                       )        Civil Action No. 07-624 (JDB)
                                                    )
**DISTRICT OF COLUMBIA,** *et al.*    )
                                                    )
      Defendants.                       )
_____)

## CONSENT MOTION TO EXTEND TIME

      Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan, by and through the undersigned counsel, hereby moves that this Court postpone the time for the filing of a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, through January 14, 2008. Paul Hunt, Esq., counsel for plaintiff, consents to the filing of this motion and the relief requested herein.

      In making this motion, Defendants reserves all defenses. A memorandum of points and authorities in support of this Motion is attached hereto and incorporated herein.

      WHEREFORE the District requests that this Court grant its request to extend time for the filing of a Reply herein through January 14, 2008.

Date: January 2, 2008         Respectfully submitted,

                                  LINDA SINGER
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General
                                  Civil Litigation Division

        /s/ Kimberly Matthews Johnson_____
        KIMBERLY MATTHEWS JOHNSON, #435163
        Chief, General Litigation Section 1

        /s/ Michelle Davy_____
        MICHELLE DAVY, #454524
        Assistant Attorney General
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6608; (202) 727-3625 (fax)
        E-Mail:michelle.davy@dc.gov

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 2nd day of January, 2008, that copy of the foregoing Consent Motion to Extend Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

        Paul D. Hunt
        4614 Wissahican Avenue
        Rockville, MD  20853

        /s/ Michelle Davy                 ___
        MICHELLE DAVY
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN BARNHARDT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-624 (JDB) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AN AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1. Fed. R. Civ. P. 6 (b) and the inherent powers of this Court.

2. Paul Hunt, Esq., counsel for plaintiff, consents to the filing of this Motion and the relief requested herein.

3. On October 30, 2007, defendants filed their Motion to Dismiss, or in the alternative, for Summary Judgment. Defendants subsequently granted consent to or did not oppose two requests by plaintiff for extension of the Opposition filing date (docket nos. 15 and 16).

4. On December 6, 2007, plaintiff filed his Opposition. On December 12, 2007, he filed a Supplemental Memorandum. Counsel did not oppose this filing.

5. Counsel has been in contact promptly and each week with Attorney Hunt regarding the filing of the Reply, keeping him updated on her progress. He has, on each occasion, acceded to Defendants' extension request on his client's behalf.

6. Due the intervening holiday season, counsel's preparation for a four day trial scheduled to commence on January 7, 2008 in this Court in *Singh v. Keeley*, Case No.

03-2610 (Judge James Robertson), and the crush of several other matters in both this Court and the Superior Court, counsel knew she would be unable to research, prepare, revise, edit, obtain management review of, and file the Reply within the five day period under the Rules. Thus, as stated, counsel promptly notified counsel and obtained Attorney Hunt's consent to an extension. Counsel now perfects her request through this Motion.

7. During the operative period, counsel was inundated with filings and appearances in various other cases. For example, during the operative timeframe, counsel researched, prepared, and coordinated review of two Replies in this Court and a Supplemental Brief in another case in this Court, appeared for pretrial and prepared for the imminent trial in another complex case in this Court, and attended to several other matters in her caseload, among those a voluminous, multi-agency document production in a wrongful death case in the Superior Court. Counsel has been conducting discovery and responding to discovery in other cases in this Court and the Superior Court as well.

8. Further, the holidays intervened, thus greatly compounding counsel's workload during this period.

9. Fed. R. Civ. P. 6(b) provides that:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion…(2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…."

10. The federal trial courts "exercise considerable discretion" concerning extension requests. *Food Lion v. United Food & Commercial Workers Union*, 103 F.3d 1007,

2

1012 (D.C. Cir. 1997); *see also S.E.C. v. College Bound, Inc.*, 155 F.R.D. 1, 2 (D.D.C. 1994).  In fact, Fed. R. Civ. P. 6(b) specifically confers upon the Court the "discretion" related to late filings.  *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990).  *See also*, *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005), confirming the Court's discretion to order the requested relief.  The *Smith* Court recognized that it has been quite deferential to Rule 6(b) decisions in the past, even affirming a deadline extension that was granted without a formal finding of excusable neglect when the court found no prejudice to the other party.  *See Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

11. The failure to file the Reply with five days under the Rules, or move for extension within the five day period was due to inadvertence, the press of other business, the holidays, and excusable neglect.  Plaintiff was immediately notified of this request as described above, and will suffer no prejudice from the extension.  He has also received extensions, which defendants were amenable to, regarding the District's pending Motion to Dismiss as well.

12. For all of these reasons, the District of Columbia requests a postponement of the Reply deadline herein until January 14, 2008.

WHEREFORE the District requests that this Court grant its request to extend time for the filing of its Reply herein until January 14, 2008.

Date:   January 2, 2008            Respectfully submitted,

                                            LINDA SINGER
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE

        Deputy Attorney General
        Civil Litigation Division
        /s/ Kimberly Matthews Johnson_____
        KIMBERLY MATTHEWS JOHNSON, #435163
        Chief, General Litigation Section 1

        /s/ Michelle Davy_____
        MICHELLE DAVY, #454524
        Assistant Attorney General
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6608; (202) 727-3625 (fax)
        E-Mail: michelle.davy@dc.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 2nd day of January, 2008, that copy of the foregoing Memorandum of Points and Authorities in support of Consent Motion for Extension of Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

        Paul D. Hunt
        4614 Wissahican Avenue
        Rockville, MD  20853

                /s/ Michelle Davy_____
                MICHELLE DAVY
                Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**JOHN BARNHARDT,**                 )
                                    )
      **Plaintiff,**           )
                                    )
      v.                      )   Civil Action No. 07-624 (JDB)
                                    )
**DISTRICT OF COLUMBIA,** *et al.*  )
                                    )
      **Defendants.**          )
_____)

## ORDER

UPON CONSIDERATION of Defendants District of Columbia, Mayor Adrian Fenty, Chief of Police Kathy Lanier, Sergeant Curt Sloan and Detective Allen Ramadhan's Consent Motion to Extend Time, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that Defendant District of Columbia's Motion be and hereby is GRANTED; and it is hereby

    a.  ORDERED, that Reply shall be filed herein by January 14, 2008.

                                                         _____
                                                         JUDGE JOHN D. BATES

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Paul D. Hunt
4614 Wissahican Avenue
Rockville, MD  20853