UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN BARNHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 07CV624 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA, *et al* | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Melvin W. Bolden, Jr as counsel for the defendant. The Clerk is also requested to withdraw the appearance of Assistant Attorney General Michelle Hamilton Davy.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
(202) 727-3625 -FAX

2

CERTIFICATE OF SERVICE

       I certify that on the this 23rd day of May, 2008, a copy of the foregoing Notice of Appearance was electronically served on Paul D. Hunt, Esquire.

                              Melvin W. Bolden, Jr.
                              _____
                              Melvin W. Bolden, Jr.
                              Assistant Attorney General

.