UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BARNHARDT,

    Plaintiff,

        v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

Civil Action No. 07-0624 (JDB)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #13] is GRANTED IN PART and DENIED IN PART. Plaintiff's common law claims in Counts 7-11 of the Amended Complaint are DISMISSED WITH PREJUDICE. Former Mayor Williams and former MPD Chief Ramsey are DISMISSED as party defendants and all claims against them in both their individual and official capacities are DISMISSED WITH PREJUDICE. In all other respects, defendants' motion to dismiss is DENIED. Defendants' motion for summary judgment [Dkt. #14] with respect to notice under D.C. Code § 12-309 is DENIED as moot. It is further

ORDERED defendant shall file an Answer by June 27, 2008.

SO ORDERED.

                                                 /s/
                                  JOHN D. BATES
                                  United States District Judge

Date: June 9, 2008