UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN BARNHARDT,

    Plaintiff,

        v.                                          Civil Action No.  07-0624 (JDB)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on the 25th of July, 2008, and the Joint Rule 16.3 Statement previously submitted by parties, it is hereby

ORDERED that the following schedule shall govern further proceedings:

1. The Parties stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

2. Joinder of parties and amendments to the pleadings shall be filed not later than **September 23, 2008**.

3. Plaintiff's expert report is due not later than **September 23, 2008**, and defendants' expert report is due by **October 13, 2008**.

4. All discovery, including expert discovery, shall be completed not later than **November 3, 2008**.

5. Dispositive motions shall be filed not later than **December 17, 2008**. Responses

thereto shall be filed not later than **January 16, 2009**. Replies, if any, shall be filed not later than **February 17, 2009**.

6. As to all other discovery issues not addressed in this Scheduling Order (including the presumptive limits on depositions and interrogatories), the parties shall comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

7. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties jointly shall call chambers at (202) 354-3430 before filing a discovery motion at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

8. This matter shall be referred to Magistrate Judge Kay for the purpose of settlement discussions to commence on **September 8, 2008** and to conclude on **November 3, 2008** at the close of discovery.

9. A status hearing is scheduled for **November 7, 2008** at **9:15 a.m.** in Courtroom 8.

SO ORDERED.

                                              /s/
                                      JOHN D. BATES
                                      United States District Judge

Date: July 25, 2008