REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE F

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:1983 Prisoner Civil Rights | | | |
|---|---|---|---|---|
| CASE NO:<br>07-624 | DATE REFERRED:<br>07/25/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>John D. Bates | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S):<br>JOHN BARNHARDT | DEFENDANT(S):<br>DISTRICT OF COLUMBIA |
|---|---|

| ENTRIES: |
|---|
| Settlement Discussion to commence on 09/08/08 and conclude on 11/03/08 |